# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MIGUEL VALENZUELA, <br> Plaintiff, <br> v. <br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br> Defendants. | Case No. 19-cv-07827-YGR (PR) <br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On November 29, 2019, Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.

On that same date, the Clerk of the Court sent a notification to Plaintiff informing him that he did not pay the filing fee or file an *in forma pauperis* ("IFP") application. Dkt. 3. The Clerk provided Plaintiff with a blank IFP application form, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within twenty-eight days.

On December 9, 2019, Plaintiff submitted a completed IFP application and his six-month prisoner trust account statement, but he did not include his Certificate of Funds. Dkt. 4. On that same date, Plaintiff declined magistrate judge jurisdiction. Dkt. 5. Thereafter, this case was reassigned to the undersigned judge. Dkts. 6, 7.

On January 15, 2020, the Clerk sent a second notice to Plaintiff, informing him that his IFP application was deficient because of his failure to file his Certificate of Funds signed by an authorized officer or a prisoner trust account statement. The Clerk further informed him that his action could not forward until he filed his Certificate of Funds within twenty-eight days, and that his failure to do so would result in dismissal of this action. More than twenty-eight days have

passed, and Plaintiff has not filed his Certificate of Funds.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's IFP application is DENIED as incomplete. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: March 9, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge