UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MIGUEL VALENZUELA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.: 19-cv-07827-YGR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 3/31/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Santos Miguel Valenzuela ID: K87276
CHCF
7707 S. Austin Rd.
Stockton, CA 95215

Dated: 3/31/2020

Susan Y. Soong
Clerk, United States District Court

By:___*Frances Stone*
Frances Stone, Deputy Clerk to
the Honorable Yvonne Gonzalez Rogers